United States Bankruptcy Court

District Of Arizona

In re: Rodney L. Martensen

Debtor.

Case No. 4:21-bk-08632-SHG

Chapter 13

ORDER DISMISSING CHAPTER 13 CASE WITH 180 DAY BAR TO REFILING

On April 5, 2022, upon notice, a hearing was held on the Chapter 13 Trustee's motion to dismiss this Chapter 13 proceeding with prejudice to refiling another petition for 180 days following dismissal. No response was filed to the motion. No schedules, statements or plan were filed in the case. Debtor appeared at the hearing.

Debtor has failed to file any paperwork required to properly prosecute his case. Debtor has filed no schedules or statements or a Chapter 13 plan across three separate cases since February 2020.

Based upon the Trustee's motion and for the reasons stated on the record, IT IS HEREBY ORDERED that this Chapter 13 case is DISMISSED.

IT IS FURTHER ORDERED that because the debtor willfully failed to file appropriate and required documents as required under the Bankruptcy Code, pursuant to 11 U.S.C. §109(g),

the debtor is prohibited from filing further bankruptcy petitions for 180 days from the date of this Order;

IT IS FURTHER ORDERED that, should the debtor file any new petitions while the prohibition set forth above is pending, the Clerk of the Court is directed to assign the case to the above signed Bankruptcy Judge.

SIGNED AND DATED ABOVE